**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**STEPHANIE ARTHUR,**

    Plaintiff,

**-vs-**

                         **CASE NO.    3:11-CV-460**

                         **Judge Timothy S. Black**

**ROBERT JAMES & ASSOCIATES**
**ASSET MANAGEMENT, INC.,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Default Judgment is **GRANTED**; the Plaintiff is **AWARDED** statutory damages; the Plaintiff is **ORDERED** to supplement to motion with evidence supporting the request for attorney fees; and that the case is **TERMINATED** from the docket of the Court.

Date:   April 3, 2012                                 **JAMES BONINI, CLERK**

                                                          By: *s/ M. Rogers*
                                                          Deputy Clerk