# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**STEPHANIE ARTHUR,**

    Plaintiff,

**CASE NO.  3:11-CV-460**

-vs-

**Judge Timothy S. Black**

**ROBERT JAMES & ASSOCIATES ASSET MANAGEMENT, INC.,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    [ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    [X]  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Default Judgment is **GRANTED**; the Plaintiff is **AWARDED** statutory damages; the Plaintiff is **ORDERED** to supplement to motion with evidence supporting the request for attorney fees; and that the case is **TERMINATED** from the docket of the Court.

Date:  April 3, 2012                        **JAMES BONINI, CLERK**

                                               By: *s/ M. Rogers*
                                               Deputy Clerk